IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCIS A. NIEVES CORDERO,<br><br>**Plaintiff,**<br><br>v.<br><br>BUREAU OF PRISONS, *et al.*,<br><br>**Defendants.** | CIVIL NO. 22-1553 (JAG) |

**JUDGMENT**

Pursuant to this Court's Opinion and Order, Docket No. 25, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Thursday, July 18, 2024.

                                                                           s/ Jay A. Garcia-Gregory
                                                                           JAY A. GARCIA-GREGORY
                                                                           U.S. DISTRICT JUDGE